IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ACXIOM CORP.                                                                                       PLAINTIFF

vs.                                   CASE NO. 4:05CV00901GH

MUREX SECURITIES, LTD., ET AL.                                                    DEFENDANTS

## ORDER

The motion for admission *pro hac vice* of Raymond L. Sweigart is hereby granted.

IT IS SO ORDERED this 6th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-