UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ACXIOM CORP.                                                                                              PLAINTIFF

v.                                                  NO. 4:05-CV-901GH

MUREX SECURITIES, LTD., MUREX
LICENSING CORP., and TARGUS INFORMATION CORP.
DEFENDANTS

### ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* to permit Raymond L. Sweigart, Guillermo E. Baeza, Lawrence J. Gotts and Ross R. Barton, attorneys with Pilslbury Winthrop Shaw Pittman L.L.P. who are licensed to practice in the various state and federal courts as listed in their respective affidavits, to appear in this cause *pro hace vice* as attorneys for Acxiom Corp. and after consideration of their affidavits in compliance with Rule XIV of the Rules Governing Admission to the Bar, the motion is hereby GRANTED.

IT IS SO ORDERED this 9th day of September, 2005.

*George Howard, Jr.*
United States District Judge

Order Prepared by:
Kathryn Bennett Perkins
Arkansas Bar No. 92231
ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, Arkansas  72201
(501) 375-9131