IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ACXIOM CORP.                                                                    PLAINTIFF

vs.                                         CASE NO. **4:05CV00901GH**

MUREX SECURITIES, LTD., ET AL.                                        DEFENDANTS

### ORDER

On motion of the parties, for good cause shown, the deadlines in the Initial Scheduling Order are continued until after defendants have filed a response to the complaint, at which time the Court will issue a new Initial Scheduling Order.

IT IS SO ORDERED this 28th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE