UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ACXIOM CORP.**                                                                                          **PLAINTIFF**

**v.**                             **CASE NO.:  4:05-CV-901GH**

**MUREX SECURITIES, LTD., MUREX
LICENSING CORP., and TARGUS INFORMATION CORP.**                **DEFENDANT**

## ORDER

Upon joint request of the parties, Plaintiff Acxiom Corp. and Defendants Murex Securities, Ltd., Murex Licensing Corp. and Targus Information Corp. it is hereby ordered that this action will be jointly dismissed without prejudice pursuant to separate agreement by the parties.  It is further ordered that this dismissal shall not be construed as a voluntary dismissal by the Plaintiff for purposes of Fed. R. Civ. P. 41(a)(1) and that, accordingly, if the Plaintiff files a subsequent notice of dismissal without prejudice in an action based on or including the same claim, such notice shall not operate as an adjudication on the merits under Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 13th day of January, 2006.

_____
U.S. District Judge George Howard, Jr.

Order Prepared by:
Kathryn Bennett Perkins
Arkansas Bar No. 92231
ROSE LAW FIRM